IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KM PROCESSING SOLUTIONS, LLC, E RECYCLING SYSTEMS, LLC, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 13-0366-CG-N ) |
| BUNTING MAGNETICS CO., | ) ) |
| Defendant. | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 5, 2013 is **ADOPTED** as the opinion of this Court. It is **ORDERED** that defendant's motion to dismiss (Doc. 14) the amended complaint is hereby **DENIED**.

The defendant is **ORDERED** to file its answer to the amended complaint **no later than December 16, 2013**.

**DONE and ORDERED** this 2nd day of December, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE